UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 05-10102-JLT |
| | * | |
| JOHN BRUENS, MARY STEWART, | * | |
| MELISSA VAUGHN, and | * | |
| MARC SIROCKMAN, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 12, 2007

TAURO, J.

After a conference held on April 12, 2007, this court hereby orders that:

1. Defendants' Motion in Limine to Exclude Testimony by Saul N. Malozowski, M.D., PH.D., [#128] is ALLOWED.

2. The United States' Motion in Limine to Admit Redacted Memoranda [#133] is DENIED.

3. Defendants John Bruens, Mary Stewart and Marc Sirockman's Motion in Limine to Exclude Voicemail [#100] is DENIED.

4. Defendant Vaughn's Motion in Limine to Redact Voicemail [#95] is ALLOWED IN PART. Kimberly Jackson may testify about the contents of paragraphs two and three of her transcription of Melissa Vaughn's voicemail, but the transcribed document itself is not admissible in evidence. Although paragraph four is not admissible, the contents of the paragraph may be admissible in another context

provided that the Government is able to lay a proper foundation.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge