UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                      CRIMINAL ACTION NO. 05-10102-JLT

**JOHN BRUENS**

### JUDGMENT OF ACQUITTAL

The defendant, **JOHN BRUENS** has been found not guilty. It is ORDERED that the defendant **JOHN BRUENS** is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

JOSEPH L. TAURO,
U.S. District Judge

February 21, 2008